UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No.  8:08-cr-249-T-27TGW

ROBERT SHANE BALLARD

**MOTION BY THE UNITED STATES FOR
REDUCTION IN SENTENCE
PURSUANT TO FED. R. CRIM. P. 35(b)**

The United States of America, by Robert E. O'Neill, United States Attorney
for the Middle District of Florida, and pursuant to Fed. R. Crim. P. 35(b) and 18
U.S.C. § 3553(e), hereby moves for a sentence reduction for the above-
referenced defendant and further states:

1.      The defendant was sentenced on October 19, 2009, to 84 months
imprisonment.

2.      Post-sentencing, Ballard contacted Drug Enforcement
Administration (DEA) Task Force Agent (TFA) Ryan Kmiec and provided him with
information concerning the Antonio Frazer and Luis Torres drug trafficking
organization.  Frazer was indicted based on other evidence developed by TFA
Kmiec, and prosecuted by AUSA W. Stephen Muldrow in case no. 8:10-cr-523-T-
23AEP.  Frazer pled guilty and, on May 17, 2011, was sentenced to sixty months'
imprisonment.  Torres died in a traffic crash and was therefore never federally
prosecuted.  Ballard was never called as a witness, nor was any information he

provided to law enforcement turned over in discovery.  Had Frazer proceeded to trial, AUSA Muldrow may have called Ballard as a witness to corroborate historical aspects of the drug conspiracy.

3.      Ballard also provided unsolicited information on other suspected low-level drug traffickers to TFA Kmiec and TFA Christopher Starnes.  None of this other information has risen, nor is it anticipated to rise to, the level of substantial assistance.

4.      Ballard was interviewed by Internal Revenue Service Special Agent (SA) Roger Garland and Federal Bureau of Investigation SA Paul Kubala. Ballard reported that a prisoner's girlfriend was assisting inmates in filing false tax returns.  Ballard's information yielded no prosecutions, nor even the opening of any new criminal investigations.

5.      Ballard received a 12-level reduction at the time of his sentencing, and avoided a minimum mandatory life sentence.  Since sentencing, he has provided unsolicited information to TFA Kmiec that proved to be marginally useful in a subsequent federal prosecution.  Should the Court grant this motion, the government recommends a 2-level departure placing the defendant in a guideline range of 70-87 months (total offense level 20 and criminal history category VI).

WHEREFORE, the government respectfully urges this Honorable Court to grant this motion, consistent with the above-noted recommendation.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: */s/ Christopher F. Murray*
CHRISTOPHER F. MURRAY
Assistant United States Attorney
AUSA No. 095
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:       (813) 274-6078
Facsimile:       (813) 274-6125
E-mail:    christopher.murray@usdoj.gov

3

**U.S. v. ROBERT SHANE BALLARD          Case No. 8:08-CR-249-T-27TGW**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 16, 2012 a true and correct copy of the

foregoing document and the notice of electronic filing was sent by United States

Mail to the following non-CM/ECF participant:

Robert S. Ballard
Federal Correctional Institution
P.O. Box 725
Edgefield, SC 29824

<u>/s/ Christopher F. Murray</u>
CHRISTOPHER F. MURRAY
Assistant United States Attorney